APPEAL No. 75-76. RHODE ISLAND HOSPITAL v. GEORGE KALIAN. Motion of the plaintiff to affirm the decree of the full commission pursuant to Rule 16(g) is denied. *Francis V. Reynolds,* for plaintiff. *Lovett & Linder, Ltd., Raul L. Lovett,* for defendant.

APPEAL No. 75-229. ARMAND G. AMBEAULT v. BURRILLVILLE RACING ASSOCIATION, *d.b.a.* LINCOLN DOWNS RACE TRACK. Motion of defendant to dismiss the appeal is denied. *Armand G. Ambeault,* pro se. *Hanson, Curran, Bowen & Parks, William A. Curran, Michael T. F. Wallor,* for defendant.

APPEAL No. 75-237. PETER N. ZAHARAKOS v. EUGENIA ZAHARAKOS. Motion of defendant to dismiss the appeal is denied as moot. *Kirshenbaum & Kirshenbaum, Alfred Factor,* for Plaintiff. *John A. Notte III,* for defendant.

November 20, 1975.

M. P. No. 75-70. IN THE MATTER OF THOMAS F. FARRELLY. This is a petition for reinstatement to membership in the bar of this state brought by Thomas F. Farrelly, who, on March 18, 1975, was indefinitely suspended from engaging in the practice of law in this state. See *In re Farrelly,* 114 R. I. 938-39, 333 A.2d 694 (1975).

There appearing to be no objection to the granting of the petition on the part of the Chief Disciplinary Counsel of The Disciplinary Board of the Supreme Court of Rhode Island, the court is of the opinion that the disciplinary punishment heretofore meted out to petitioner has substantially served its purpose and that the ends of justice have been thereby fully met.

Therefore, it is ORDERED, ADJUDGED, AND DECREED that said petitioner, Thomas F. Farrelly, be and hereby is reinstated as a member of the bar of this state as of December 1, 1975.

Kelleher, J. not participating. *Thomas F. Farrelly,* pro se.